No. 02–9465. CARRILLO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–9468. MONTALVO v. CASTERLINE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–9470. BRANNIC v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–9471. BUSH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9473. RIVERA-ECHAVARRIA v. UNITED STATES; and SANDOVAL-GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9474. SOLIS-CAMPOZANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9475. SWACKHAMMER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–9478. LOTT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–9480. WOODS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9482. POWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9485. BELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9488. LAW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9492. RENGIFO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–9494. AKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.